UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LENZIE JOHNSON,

    Plaintiff,

    v.

POPE COUNTY SCHOOL DISTRICT,

    Defendant.

Case No. 13-cv-72-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the Motion for Voluntary Dismissal with Prejudice (Doc. 25) pursuant to Federal Rule of Civil Procedure 41(a)(2) filed by the plaintiff. The plaintiff reports that the parties have settled this case. Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. Because the plaintiff seeks dismissal with prejudice as part of a settlement agreement, the Court **GRANTS** the motion (Doc. 25), **DISMISSES** this case **with prejudice** and **DIRECTS** the Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: October 1, 2013**

                                        s/J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**